**Joseph ROESCH, Petitioner–Appellant,**

**v.**

**Brian FISCHER, Superintendent, Sing Sing Correctional Facility Respondent–Appellee.**

**No. 03–2198.**

United States Court of Appeals, Second Circuit.

Oct. 14, 2004.

Vivian Shevitz, South Salem, NY, for Appellant.

Anne Crick, Assistant District Attorney (Daniel M. Donovan, Jr., District Attorney), Office of the District Attorney of Richmond County, Staten Island, NY, for Appellees, of counsel.

PRESENT: MINER, CABRANES and STRAUB, Circuit Judges.

SUMMARY ORDER

We have considered all of petitioner's arguments and have found each of them to be without merit. We affirm for substantially the reasons set forth in the District Court's Memorandum and Order dated March 7, 2003.

\*　　\*　　\*　　\*　　\*　　\*

Accordingly, the judgment of the District Court is hereby AFFIRMED.